UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN LOCKWOOD, #674964

        Petitioner,         Case Number: 2:11-CV-10438

v.         HONORABLE NANCY G. EDMUNDS

PAUL KLEE,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated July 24, 2013, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 24th day of July, 2013.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:   Johnetta M. Curry-Williams
                Deputy Clerk

APPROVED:

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE