# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

STEVEN LOCKWOOD, #674964

               Petitioner,               Case Number: 2:11-CV-10438

v.                                     HONORABLE NANCY G. EDMUNDS

PAUL KLEE,

               Respondent.

_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated

July 24, 2013, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 24th day of July, 2013.


                                 DAVID J. WEAVER
                                 CLERK OF THE COURT

                    BY:    Johnetta M. Curry-Williams
                                 Deputy Clerk

APPROVED:


s/ Nancy G. Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE